RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

*Attorney for Petitioner Benigno Bandera Hernandez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| Benigno Bandera Hernandez, | Case No. 2:26-cv-01374-CDS-BNW |
|---|---|
| Petitioner | **Order Granting Unopposed Motion for Extension of Time to File Amended Petition** |
| v. | |
| **John Mattos**, Warden of Nevada Southern Detention Center; **Ruben Leyva,** Acting Director of the Salt Lake City Field Office for Enforcement and Removal Operations of U.S. Immigration and Customs Enforcement; **Todd Lyons,** Acting Director of U.S. Immigration and Customs Enforcement; **Markwayne Mullins,** Secretary of the Department of Homeland Security; **Todd Blanche,** Acting U.S. Attorney General, | **(FIRST REQUEST)** [ECF No. 6] |
| Respondents | |

POINTS AND AUTHORITIES

Petitioner Benigno Bandera Hernandez, though undersigned counsel, requests the court extend the due date for his Amended Petition by 14 days, up to and including June 11, 2026.  This is the first request for an extension.

The Court appointed the Federal Public Defender as counsel on May 7, 2026 (ECF No. 3), and the Amended Petition is due on Thursday, May 28, 2026. Petitioner seeks a two-week continuance of this deadline.

Under this Court's Order and local rules, undersigned counsel emailed counsel for the Respondents, AUSA Virginia Tomova and AUSA Tamer Botros on May 21 2026, to confer about this request for an extension. Respondents do not oppose this request.

This motion is not filed for the purpose of delay. Undersigned counsel has been diligently working on this matter and respectfully asks this Court to extend the time to file the Amended Petition by two weeks, from May 28, 2026, to June 11, 2026.

Dated May 21, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Sean A. McClelland*
Sean A. McClelland
Assistant Federal Public Defender

**IT IS SO ORDERED.**

CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: June 2, 2026

2