TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Benigno Bandera Hernandez, | Case No. 2:26-cv-01374-CDS-BNW |
| Petitioner | **Joint Stipulation Dismissing Petition as Moot** |
| v. | |
| John Mattos, *et al.*, | |
| Respondents. | |

On May 29, 2026, Petitioner Benigno Bandera Hernandez was released on his own recognizance. Accordingly, Petitioner and Federal Respondents, by and through their respective undersigned counsel, hereby stipulate and agree:

///

///

///

///

///

///

///

///

///

///

The petition for writ of habeas corpus in this case should be dismissed without prejudice as moot. Mr. Hernandez was released from custody on May 29, 2026.

Respectfully submitted this 11th day of June 2026.

RENE VALLADARES
Federal Public Defender

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Sean A. McClelland
SEAN A. McCLELLAND
Assistant Federal Public Defender

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney

*Attorneys for Petitioner*

*Attorneys for Federal Respondents*

Based on the parties' stipulation, this case is dismissed without prejudice as moot. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: ___June 12, 2026_____

2